#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF TEXAS
#### LUFKIN DIVISION

| | | |
|---|---|---|
| **COURTNAY CHRISTENSEN** | § § § | |
| vs. | § § | **CASE NO. 9:17CV3** |
| **STEPHEN F. AUSTIN STATE UNIVERSITY,** *et al.* | § § § § | |

#### ORDER RE-SETTING MEDIATION

The above-styled case was referred for a mediation conference before United States Magistrate Judge K. Nicole Mitchell. It is hereby

**ORDERED** that the mediation conference currently scheduled for May 11, 2018 is **RE-SCHEDULED** for Tuesday, **May 15, 2018 at 9:00 a.m**. at the U.S. District Court, 211 W. Ferguson St., Room 301, Tyler, Texas.

So ORDERED and SIGNED this 8th day of May, 2018.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE